John Myers, Hot Springs, AR, Clyde Burt Newell, Law Offices of C. Burt Newell, Hot Springs, AR, for Defendant-Appellee James Linker, Crystal Hull, Ballinger

Paul D. McNeill, RMP, LLP, Jonesboro, AR, for Defendant-Appellee Nathan Neilson

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

Former Arkansas inmate Charles Black appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he alleged that defendants were deliberately indifferent to his serious medical needs. Upon careful de novo review, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review), we conclude that summary judgment was proper because Black failed to show that the alleged delays had a detrimental effect on his health, see Jackson v. Riebold, 815 F.3d 1114, 1119-20 (8th Cir. 2016); that defendants were deliberately indifferent, see Fourte v. Faulkner Cty., Ark., 746 F.3d 384, 387 (8th Cir. 2014); or that he was denied pain medication.

Accordingly, we affirm. See 8th Cir. R. 47B.

**Letsie BASS Plaintiff-Appellant**

v.

**UNIVERSITY OF ARKANSAS AT PINE BLUFF Defendant**

**Laurence B. Alexander, In His Capacity as Chancellor, UAPB (originally named as Calvin Johnson); Elbert Bennett, in His Capacity as Director of Student Affairs, UAPB; University of Arkansas System, Through its Board of Trustees, Donald R. Bobbitt, President Defendants-Appellees**

No. 16-4261

United States Court of Appeals, Eighth Circuit.

Submitted: July 26, 2017

Filed: August 1, 2017

Letsie Bass, Pro Se

JoAnn C. Maxey, University of Arkansas, Office of General Counsel, Little Rock, AR, for Defendants-Appellees

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

Letsie Bass appeals the district court's[1] dismissal of her employment discrimina-

---

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District

tion complaint. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Having conducted a thorough review, this court concludes that dismissal was proper for the reasons explained by the district court. *See Plymouth Cty. v. Merscorp, Inc.*, 774 F.3d 1155, 1158 (8th Cir. 2014) (grant of motion to dismiss is reviewed de novo).

The judgment is affirmed. *See* 8th Cir. R. 47B.